

In The

# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00262-CR

---

DUSTIN LEONHART, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2020-419,166, Honorable William R. Eichman II, Presiding

---

January 21, 2021

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Dustin Leonhart, appeals from the trial court's order placing him on deferred adjudication community supervision for two years for the offense of child endangerment.[1] Now pending before this Court is Appellant's motion to voluntarily dismiss his appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of the Court has been

---

[1] *See* TEX. PENAL CODE ANN. § 22.041(c), (f) (West 2019) (state jail felony).

delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.